Filed in Open Court
7/22/2025
Skyler B. O'Hara
By _M. Deaton_
Deputy

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 23-cr-20053-HLT |
| | ) | |
| Jeremiah Boehr | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7/22/25

_Jeremiah Boehr_
Defendant's signature

_[signature]_
Signature of defendant's attorney

Tim Burdick
Printed name of defendant's attorney

_[signature]_
Judge's signature

Holly L. Teeter, US District Judge
Judge's printed name and title